**Bobby E. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39499.**

Missouri Court of Appeals,
Western District.

March 22, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John M. Morris, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal, without evidentiary hearing, of successive Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).